IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARIUS MONTEZ HAMPTON, | ) | |
| #215243, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:11cv967-TMH |
| | ) | |
| OFFICER WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND OPINION**

On March 22, 2012, the Magistrate Judge filed a Recommendation in this case to

which no timely objections have been filed.  (Doc. # 12).  Upon an independent review of

the file in this case and upon consideration of the Recommendation of the Magistrate Judge,

it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be

and is hereby ADOPTED and that this case is DISMISSED without prejudice.

Done this the 11th day of April,  2012.


/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE